Venera VALERI–POPOVA,
Plaintiff—Appellant,

v.

William J. CLINTON; et al.,
Defendants—Appellees.

No. 01–55072.

D.C. No. CV–00–07448–FMC.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ,
Circuit Judges.

MEMORANDUM**

Venera Valeri–Popova appeals pro se the district court's judgment dismissing

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

---

her action for lack of subject matter jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. *See Franklin v. Oregon,* 662 F.2d 1337, 1342–43 (9th Cir.1981).

**AFFIRMED.**